UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GARCIA, )<br>)<br>           Plaintiff, )<br>)<br>  -v- )<br>)<br>METROPOLITAN LIFE INSURANCE, ET AL., )<br>)<br>          Defendants. )<br>_____ ) | Case No. SACV11-0168-DOC(JEMx)<br><br>ORDER DISMISSING<br>CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: June 17, 2011

                                                                   *David O. Carter*
                                            _____
                                            DAVID O. CARTER
                                            United States District Judge